```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 36564
    DEBORAH G HILL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3541


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 10/01/2004 and was confirmed 12/09/2004.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

        The case was converted to chapter 7 after confirmation 01/18/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED              6900.00        318.98        440.12
CITY OF CHICAGO WATER DE  SECURED               927.00           .00         76.09
HOME LOAN & INVESTMENT    CURRENT MORTG           .00           .00            .00
HOME LOAN & INVESTMENT    MORTGAGE ARRE         9600.00          .00        587.40
UMLIC VP LLC              CURRENT MORTG           .00           .00            .00
UMLIC VP LLC              MORTGAGE ARRE         6400.90          .00        525.48
BANKERS TRUST CO OF CALI  CURRENT MORTG           .00           .00            .00
BANKERS TRUST CO OF CALI  MORTGAGE ARRE          507.86          .00        507.86
ADVOCATE HEALTH CARE FED  UNSECURED          NOT FILED          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED          NOT FILED          .00            .00
CHECK RECOVERY SYSTEMS    UNSECURED          NOT FILED          .00            .00
COMCAST                   UNSECURED          NOT FILED          .00            .00
COMMONWEALTH EDISON ~     UNSECURED          NOT FILED          .00            .00
GOVERNERS STATE UNIVERSI  UNSECURED             460.00          .00            .00
JEWEL FOOD STORES         UNSECURED             156.07          .00            .00
I C COLLECTION SERVICE    UNSECURED          NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED            1767.31          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          NOT FILED          .00            .00
OSI PORTFOLIO SERVICES    UNSECURED            1000.37          .00            .00
SBC AMERITECH             UNSECURED          NOT FILED          .00            .00
B-FIRST LLC               UNSECURED             429.11          .00            .00
DAIMLER CHRYSLER FINANCI  UNSECURED            9134.86          .00            .00
HARRIS TRUST CHARGE IT S  UNSECURED             989.20          .00            .00
CITY OF CHICAGO WATER DE  UNSECURED              43.60          .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         205.20          .00         205.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         3,575.00                    2,730.71
TOM VAUGHN                TRUSTEE                                           328.16
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 36564 DEBORAH G HILL
```

```
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   5,720.00

PRIORITY                                           205.20
SECURED                                          2,136.95
    INTEREST                                       318.98
UNSECURED                                             .00
ADMINISTRATIVE                                   2,730.71
TRUSTEE COMPENSATION                               328.16
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                    5,720.00               5,720.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 05/04/06     _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 36564 DEBORAH G HILL