IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 7 CASE |
| **HILL, DEBORAH G** | ) | |
| | ) | CASE NO. 04 B 36564 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON |
| **Debtor(s)** | ) | SONDERBY |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S.BANKRUPTCY COURT 219 S. DEARBORN ST. COURTROOM 642 CHICAGO, IL. 60604**

    On: **JANUARY 30, 2008**

    At: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                       $   185,262.27

    b. Disbursements                                  $   136,450.75

    c. Net Cash Available for Distribution            $   48,811.52

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $12,513.11 | $ |
| Trustee | $ *7,500.00 | $ | $ 0.00 |
| Trustee | $ 0.00 | $ | $ 724.36 |
| Trustee's Attorney | $ 0.00 | $27,555.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 941.00 |

\*   Trustee was reimbursed per court order dated October 5, 2006 on the emergency motion for authority to borrow funds from himself to pay the debtor her homestead exemption and for entry of an order for the debtor to quit possession upon receipt of the homestead exemption.

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $163.24 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 13 | Internal Revenue Service | $ 163.24 | $ 163.24 |

6. Claims of general unsecured creditors totaling $19,394.77, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $35.65%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Governors State University | $ 460.00 | $ 164.01 |
| 2 | Round Up Funding LLC | $ 429.11 | $ 152.99 |
| 4 | Perimeter Credit LLC OSI Portifolio Services Inc | $ 1,000.37 | $ 356.66 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Jewel Food Stores Inc | $ | 156.07 | $ | 55.64 |
| 6 | Harris Trust | $ | 989.20 | $ | 352.68 |
| 10 | Department of the Treasury - IRS Internal Revenue Service | $ | 1,767.31 | $ | 630.10 |
| 11 | DamilerChrysler Services North America LLC | $ | 14,592.71 | $ | 5,202.73 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **DECEMBER 20, 2007**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-36564   Doc 159   Filed 12/20/07   Entered 12/22/07 23:40:48   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward                Page 1 of 2           Date Rcvd: Dec 20, 2007
Case: 04-36564                Form ID: pdf002           Total Served: 31

The following entities were served by first class mail on Dec 22, 2007.
db           +Deborah G Hill,    7321 S Constance,    Chicago, IL 60649-3119
aty          +David T Lin,    Robert J. Semrad And Associates,    407 S Dearborn St,    6th Floor,
               Chicago, IL 60605-1136
aty          +Robert J Semrad,    Robert J  Semrad & Associates  L LC,    407 S  Dearborn St  Ste 600,
               Chicago, IL 60605-1115
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
8541760      +Advocate Health Care Credit Union,    4440 W. 95th St.,    Oak Lawn, IL 60453-2600
8541761      +American General Finance,    3005 E. 92nd St.,    Chicago, IL 60617-4502
8541762      +Capital One Bank,    P.O. Box 85147,    Richmond, VA 23276-0001
8541763      +Check Recovery System,    P.O. Box 45405,    Los Angeles, CA 90045-0405
8541764      +Chrysler Finance,    901 Warrenville,    Lisle, IL 60532-4343
8541765      +City Of Chicago,    Department Of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
8541766       Comcast,    P.O.Box 173885,    Denver, CO  80217-3885
8645260      +DamilerChrysler Services North America LLC,    4600 Touchton Road,    Bldg 200 #400,
               Jacksonville FL 32246-8299
8541768      +Governors State University,    1 University Parkway,    University Park, IL 60466-0975
8685348      +Harris Trust,    Heller & Frisone Ltd,    33 N LaSalle Street #1200,    Chicago IL 60602-2866
8541769      +Heller & Frinsone,    33 N. Lasalle St. Suite 11200,    Chicago, IL 60602-2603
8541770      +Home Loan And Investment Bank,    1 Home Loan Plaza Ste 3,    Warwick, RI 02886-1765
9040902     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury - IRS,    Internal Revenue Service,
               230 S Dearborn St,    Stop 5016-CHI,    Chicago IL 60604)
8541772     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8541771      +Illinois Collection Service Inc.,    P.O. Box 646,    Oak Lawn, IL 60454-0646
8685347      +Jewel Food Stores Inc,    c/o Heller & Frinesone,    33 N LaSalle St  #1200,
               Chicago IL 60602-3415
8541773      +Peoples Gas,    Chicago, IL 60687-0001
8541774       Perimeter Credit   LLC,    OSI Portfolio Services Inc,    Bankruptcy Department,    PO Box 105460,
               Atlanta GA 30348-5460
8541775      +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
8541776      +Transworld Systems,    Collection Agency,    5880 Commerce Boulevard,    Rohnert Park, CA 94928-1644
8541777      +UMLIC VP LLC,    P.O. Box 31401,    Charlotte, NC 28231-1401
8816175       UMLIC VP LLC,    PO Box 60959,    Charlotte NC 28260-0959
The following entities were served by electronic transmission on Dec 21, 2007.
8635132      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 21 2007 05:02:26     B-First LLC,
               Mail Stop 550,    2101 Fourth Ave Ste 900,    Seattle WA 98121-2339
8853732      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 21 2007 05:02:26
               B-First, LLC/Sherman Acq/Triad-HFN-SouthwesternBel,    B-First, LLC,
               c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8541767      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
11450104      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 21 2007 05:02:26     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10750167*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: sward              Page 2 of 2              Date Rcvd: Dec 20, 2007
Case: 04-36564                 Form ID: pdf002          Total Served: 31

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2007**                    **Signature:**    *Joseph Speetjens*