Case 04-36564   Doc 168-1   Filed 01/30/09   Entered 01/30/09 16:06:34   Desc
Exhibit A   Page 1 of 20

04-36564:154.2:Application for Compensation:Proposed Order Entered; 12/17/2007 12:48:34 PM by:David Leibowitz Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HILL, DEBORAH G | ) | |
| | ) | CASE NO. 04 B 36564 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1.  Trustee's compensation          $    12,513.11
2.  Trustee's expenses              $       724.36
                      TOTAL         $    13,237.47

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: JAN 3 0 2008

ENTERED: _____
SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HILL, DEBORAH G | ) | |
| | ) | CASE NO. 04 B 36564 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Application of Leibowitz Law Center for Final Compensation and Expense Reimbursement, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                          $    27,050.00

   b. Expenses                              $       941.00

                              TOTAL         $    27,991.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: 2.7.0 8

ENTERED: _____
SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HILL, DEBORAH G | ) | |
| | ) | CASE NO. 04 B 36564 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 41,228.47 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 163.24 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 7,419.81 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 48,811.52 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** PAGE 2

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $41,228.47 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | DAVID P. LEIBOWITZ, Trustee Fees | 12,513.11 | 12,513.11 |
| | DAVID P. LEIBOWITZ, Trustee Expenses | 724.36 | 724.36 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Fees | 27,050.00 | 27,050.00 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Expenses | 941.00 | 941.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $100.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**EXHIBIT D**

**DISTRIBUTION REPORTS** PAGE 3

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $163.24 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                          **PAGE 5**

| | | | |
|---|---|---:|---:|
| 13 | Internal Revenue Service | 163.24 | 163.24 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $19,394.77 | 38.257% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | Governors State University | 460.00 | 175.99 |
| 2 | Round Up Funding LLC | 429.11 | 164.16 |
| 4 | Perimeter Credit LLC OSI Portifolio Services Inc | 1,000.37 | 382.71 |
| 5 | Jewel Food Stores Inc | 156.07 | 59.71 |
| 6 | Harris Trust | 989.20 | 378.44 |
| 10 | Department of the Treasury - IRS Internal Revenue Service | 1,767.31 | 676.11 |
| 11 | DamilerChrysler Services North America LLC | 14,592.71 | 5,582.69 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                       PAGE 6

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $ | % |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                              PAGE 7

| §726(a)(6) - Surplus to Debtor | | | $0.00 | 0.00% |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3 | DamilerChrysler Services North America LLC 4600 Touchton Road Bldg 200 #400 Jacksonville, FL 32264 | $16,034.86 | Disallowed |
| Unsecured | 7 | UMLIC VP LLC PO Box 60959 Charlotte, NC 282600959 | $6,974.14 | Disallowed |
| Unsecured | 8 | B-First, LLC/Sherman Acq/Triad-HFN-SouthwesternBel B-First, c/o Weinstein & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | $429.11 | Disallowed |
| Unsecured | 9 | Home Loan And Investment Bank 1 Home Loan Plaza Ste 3 Warwick, RI 02886 | $16,581.58 | Disallowed |
| Unsecured | 12 | Governors State University 1 University Parkway University Park, IL 60466 | $460.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 8**

Dated:  February 13, 2008            /s/ David P. Leibowitz
                                                         DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HILL, DEBORAH G | ) | |
| | ) | CASE NO. 04 B 36564 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**SUPPLEMENTAL DISTRIBUTION REPORT**

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following supplemental distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: Previously paid | $ | 41,228.47 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): Previously paid | $ | 163.24 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: Previously paid | $ | 7,419.81 |
| General Unsecured Claims for Supplemental distribution | $ | 134.03 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 134.03 |

**EXHIBIT D**

<u>DISTRIBUTION REPORTS</u>                                                                                        **PAGE 2**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| Secured Claims | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) previously paid | | | $48,728.47 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | | DAVID P. LEIBOWITZ, TRUSTEE FEES | 12,513.11 | 0.00 |
| | | DAVID P. LEIBOWITZ, TRUSTEE EXPENSES | 724.36 | 0.00 |
| | | LEIBOWITZ LAW CENTER, ATTORNEY FOR TRUSTEE FEES | 27,050.00 | 0.00 |
| | | LEIBOWITZ LAW CENTER, ATTORNEY FOR TRUSTEE EXPENSES | 941.00 | 0.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | | $100.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

<u>**DISTRIBUTION REPORTS**</u>                                                                                    **PAGE 3**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

**EXHIBIT D**

<u>**DISTRIBUTION REPORTS**</u>  **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties- previously paid | $163.24 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                        **PAGE 5**

| 13 | Internal Revenue Service | 163.24 | 0.00 |
|---|---|---:|---:|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | TOTAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $18,777.11 | 38.98% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | ADDITIONAL DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | Governors State University | 460.00 | 3.35 |
| 2 | Round Up Funding LLC | 429.11 | 3.13 |
| 4 | Perimeter Credit LLC OSI Portifolio Services Inc- previously paid in full | 382.71 | 0.00 |
| 5 | Jewel Food Stores Inc | 156.07 | 1.13 |
| 6 | Harris Trust- Clerk of Court, United States Bankruptcy Court as unclaimed funds | 989.20 | 7.20 |
| 10 | Department of the Treasury - IRS Internal Revenue Service | 1,767.31 | 12.88 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                             PAGE 6

| | | | |
|---|---|---:|---:|
| 11 | DamilerChrysler Services North America LLC | 14,592.71 | 106.34 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | Subordinated unsecured claims | $ | % |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 7**

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3 | DamilerChrysler Services North America LLC 4600 Touchton Road Bldg 200 #400 Jacksonville, FL 32264 | $16,034.86 | Disallowed |
| Unsecured | 7 | UMLIC VP LLC PO Box 60959 Charlotte, NC 282600959 | $6,974.14 | Disallowed |
| Unsecured | 8 | B-First, LLC/Sherman Acq/Triad-HFN-SouthwesternBel B-First, c/o Weinstein & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | $429.11 | Disallowed |
| Unsecured | 9 | Home Loan And Investment Bank 1 Home Loan Plaza Ste 3 Warwick, RI 02886 | $16,581.58 | Disallowed |
| Unsecured | 12 | Governors State University 1 University Parkway University Park, IL 60466 | $460.00 | Disallowed |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 8**

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated:  May 29, 2008                         /s/ David P. Leibowitz
                                            DAVID P. LEIBOWITZ, Trustee


**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | Bankruptcy No. 04-36564 |
| --- | --- | --- |
| HILL, DEBORAH G | ) | Honorable SUSAN PIERSON SONDERBY |
|  | ) | Chapter 7 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |

DEPOSIT WITH THE CLERK OF COURT
PURSUANT TO SECTION 347 OF THE BANKRUPTCY CODE

Trustee, David P. Leibowitz, hereby deposits the following checks, which are issued to replace checks which were not cashed within 90 days of issuance thereof, as required by Section 347 of the Bankruptcy Code, and further implemented by Federal Rule of Bankruptcy Procedure 3011

| Claim | Creditor | Check Amount |
| --- | --- | --- |
| 6 | Harris Trust | 7.20 |
|  |  |  |
|  | TOTAL | $7.20 |

/s/ David P. Leibowitz
David P. Leibowitz
Chapter 7 Trustee

David P. Leibowitz
Attorney No. 1612271
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
847.249.9100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 04-36564 |
| HILL, DEBORAH G | ) | Honorable SUSAN PIERSON SONDERBY |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

DEPOSIT WITH THE CLERK OF COURT
PURSUANT TO SECTION 347 OF THE BANKRUPTCY CODE

Trustee, David P. Leibowitz, hereby deposits the following checks, which are issued to replace checks which were not cashed within 90 days of issuance thereof, as required by Section 347 of the Bankruptcy Code, and further implemented by Federal Rule of Bankruptcy Procedure 3011

| Claim | Creditor | Check Amount |
|---|---|---|
| 10 | Department of the Treasury-Internal Revenue Service | $12.88 |
| | | |

TOTAL    $12.88

/s/ David P. Leibowitz
David P. Leibowitz
Trustee

David P. Leibowitz
Attorney No. 1612271
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
847.249.9100